RECEIVED

DEC 15 2017

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPIGAK, CLERK

CASE NO. _____

(TO BE ENTERED BY THE CLERK)

# IN THE SECOND COURT OF APPEALS OF TEXAS

## FORT WORTH, TEXAS

SAMSON M. BILLIOT,
APPELLANT

V.

THE STATE OF TEXAS,
RESPONDENT

APPEALS FROM:

372 JUDICIAL
DISTRICT COURT
OF TARRANT CO.

CAUSE NUMBER:
1474072 D

# APPELLANT'S SUPPLEMENT BRIEF

1.

TO THE HONORABLE JUDGES :

COMES NOW Samson M. Billiot, Appellant in the above-styled and numbered cause of action and files this, his Supplement Brief, hereby making it known to the Court that his Arson conviction is unlawful for the following reasons :

2.

## INEFFECTIVE ASSISTANCE OF COUNSEL

At the trial upon which the Appellant was convicted his right to the effective assistance of counsel guaranteed to him under the Sixth Amendment to the United States Constitution was infringed upon, when:

(1.) his court-appointed attorney,

3.

Brian Salvant failed to secure pre-trial Discovery proceedings which resulted in the Appellant's inability to prepare a defense to prosecution ;

(2.) Brian Salvant failed to file any pre-trial motions in defense of the Appellant ;

(3.) The Judge arbitrarily

4.

denied the Appellant his asserted right to self-representation;

(4.) Brian Salvant refused to adopt the Appellant's Motion to Quash Indictment which was based on the fact that said Indictment fails to allege a crime in clear and concise language under the Texas Penal

5.

Code ; thereby, making it im-

possible to understand the

offense charged or how to pre-

pare his defense to prosecution;

(5.) Brian Salvant failed to

adopt this Appellant's Motion

to Suppress Confession which

was based on the fact that

said confession is the product

6.

of a re-interrogation in which Appellant's 6th Amendment right to counsel was violated by the absence of previously requested assistance of counsel during talks that were **not** initiated by this Appellant. This clearly denied the Appellant of Due Process of

7.

Law and a fair trial ;

(6.) Brian Salvant failed to object to the introduction of a confession into evidence which had been obtained in violation of Appellant's right to counsell. Said unlawful confession was the key evidence in this case and clearly harmed Appellant's

8.

only chance to a fair trial.

## ABUSE OF DISCRETION

In the trial upon which the Appellant was convicted he was denied and deprived of his right to due process and a fair trial when the Judge abused his discretion, by :

(1.) violating this Appellant's

9.

6th Amendment right to self-representation ;

(2.) arbitrarily over-ruling this Appellant's pro se motions on grounds Appellant already had an attorney despite the fact said attorney was not trying to defend Appellant.

## INSUFFICIENT EVIDENCE

10.

In the trial upon which the Appellant was convicted evidence was insufficient to sustain the conviction for the following reasons :

(1.) there were no eye-witnesses to the use of an accelerant or combustible liquid as was alleged in the indictment;

II.

(2.) ownership of the property was never established by the prosecution to uphold the State's theory of the case that Appellant destroyed somebody else's property as alleged in the indictment.

## PRAYER

WHEREFORE, premises con-

sidered, the Appellant prays

this Honorable Court will see

how court-appointed attorney

Brian Salvant worked with

the prosecution and allowed

this Appellant to be convicted

simply by doing nothing in

the defense of Appellant.

It is further prayed that

13.

this Honorable Court will then look to this Appellant's pro se Motions (whether filed or attempted to be filed by this Appellant), make a ruling on their merits, and order a New Trial for this Appellant who has until now been denied due process.

14.

Respectfully Submitted,

Samson M. Billiot
Appellant, Pro Se

Samson M. Billiot
#02131320
4000 Hwy. 86 west
Tulia, Tx. 79088

15.

## <u>UNSWORN DECLARATION</u>

I, Samson M. Billiot, the Appellant, being presently incarcerated in the Texas Department of Criminal Justice, do hereby declare under the penalty of perjury that all statements made in the foregoing Supplement Brief

16.

are true and correct. (28 u.s.c. §1746)

Executed on this the <u>10th</u> day

of December , 2017.

Signed,

<u>Samson M. Billiot</u>
Appellant, Pro Se


CERTIFICATE OF SERVICE

This is to certify that the

original and (2)two true copies

17.

have been sent to Debra Spisak, Clerk of the Second Court of Appeals of Texas, at 401 W. Belknap St., Rm. 9000, Ft. Worth, Tx. 76196, via the United States Postal Service, postage prepaid, and mailed on this the 10th day of December __, 2017, in accordance with Texas Rules of Civil

Procedure.

Respectfully Submitted,

Samson M. Billiot
Appellant, Pro Se

Mr. Samson M. Billiot
# 02131320
4000 Hwy. 86 west
Tulia, Tx. 79088

Samson M. Elliot 0815156

4000 Hwy. 86 West

Tulia, Tx. 79088

RECEIVED

DEC 15 2017

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

LEGAL
MAIL

Ms. Debra Spisak
Clerk, Second Court of Appeals
401 W. Belknap St., Room 900
Fort Worth, Tx. 76196